**DATATREASURY CORPORATION,**
Plaintiff–Appellee,

v.

**U.S. BANK NATIONAL ASSOCIA-TION, Defendant–Appellant,**

and

**The Clearing House Payments Company, LLC,**
Defendant,

and

**Viewpointe Archive Services, LLC, Defendant,**

and

**Bancorp South Bank and Bancorpsouth, Inc.,**
Defendants,

and

**Bank of Montreal, Bank of Nova Scotia, Canadian Imperial Bank of Commerce, Intria Items, Inc., National Bank of Canada, Royal Bank of Canada, Symcor, Inc., and Toronto–Dominion Bank, Defendants,**

and

**The Bank of New York Mellon Corporation, Defendant.**

No. 2011–1587.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2012.

Jeffrey A. Lamken, Martin V. Totaro, Robert K. Kry, Mololamken LLP, Washington, DC, Anthony K. Bruster, Nix Patterson & Roach, Irving, TX, John M. Whealan, Chevy Chase, MD, for Plaintiff–Appellee.

Bruce E. Clark, Sullivan & Cromwell LLP, New York, NY, for Defendant–Appellant.

John J. Feldhaus, George E. Quillin, Ariel Fox Johnson, Foley & Lardner LLP, Carter G. Phillips, Eric A. Shumsky, Sidley Austin LLP, Richard G. Taranto, Farr & Taranto, Washington, DC, John T. Gutkoski, Foley & Lardner LLP, Boston, MA, Jason J. Keener, Foley & Lardner LLP, Chicago, IL, Kimberly K. Dodd, Foley & Lardner LLP, Milwaukee, WI, for Defendant–Appellant.

John R. Emerson, Haynes & Boone, LLP, Dallas, TX, for Defendant.

ON MOTION

*ORDER*

Upon consideration of U.S. Bank National Association's "Agreed Motion and Request to Withdraw Appeal," which the court treats as a motion to voluntarily dismiss the appeal from *DataTreasury Corporation v. U.S. Bank National Association*, case no. 06–CV–0072 (E.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.